IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOSEPH LOVATO,**

       **Plaintiff,**

vs.                                                                 CIV No. 1:20-cv-00187-KRS

**ANDREW SAUL,**
**Commissioner of Social Security,**

       **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Motion for Extension of Time to File Response Brief (Doc. 23), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through March 4, 2021, to file his response brief. Plaintiff may file his reply by March 18, 2021.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted*
MELISSA SCHUENEMANN
Special Assistant United States Attorney

*Electronically approved*
BENJAMIN E. DECKER
Attorney for Plaintiff