# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSEPH LOVATO,

    Plaintiff,

vs.                                       No. 1:20-CV-00187-KRS

ANDREW SAUL, Commissioner of
Social Security,

    Defendant.

## **JUDGMENT**

Having granted Plaintiff's Motion to Reverse and Remand (Doc. 22) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**